United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTHONY KILAITA, et. al., | CASE NO. 5:11-cv-00079 EJD |
| Plaintiff(s), | **ORDER DISMISSING CASE WITH PREJUDICE** |
| v. | |
| WELLS FARGO HOME MORTGAGE, et. al., | |
| Defendant(s). | |

On January 9, 2012, the Court ordered Plaintiffs to show cause in writing by January 23, 2012, why this case should not be dismissed for lack of prosecution after Plaintiffs failed to amend the complaint. See Docket Item No. 38. The Court admonished Plaintiffs that the Court would dismiss this action with prejudice should they fail to respond or otherwise fail to show good cause.

As of this date, Plaintiffs have not complied with the show cause order as directed. Accordingly, this case is DISMISSED WITH PREJUDICE for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b). The Clerk shall close this file.

**IT IS SO ORDERED.**

Dated: January 24, 2012

EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:11-cv-00079 EJD
ORDER DISMISSING CASE WITH PREJUDICE