**Mimi N. Trieu SBN 267865**
The Law Office of Mimi N. Trieu
6010 Hellyer Avenue, Suite 150
San Jose, CA 95138
Telephone: 408-363-3690
Facsimile: 888-419-2384
mimi@trieucounsel.com

*Attorney for Plaintiffs*
*ANTHONY KILAITA and KHANNA KILAITA*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY KILAITA and KHANNA KILAITA, husband and wife, ANTHONY and KHANNA KILAITA, as Trustees of the ANTHONY and KHANNA KILAITA FAMILY TRUST, US January 22, 2004<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE; WELLS FARGO NA, a banking association, SELENE FINANCE, a Texas organization; SRMOF Trust, 2009-1, an organization; FIRST AMERICAN LOANSTAR TRUSTEE SERVICES, LLC., a business organization; WHITE CORPORATION I, the holder of the bearer note executed by plaintiffs in 2007,<br><br>Defendants. | Case No.: CV 11-00079 EJD<br><br>**DECLARATION OF ATTORNEY MIMI N. TRIEU** |

I, **MIMI N. TRIEU**, hereby declare as follows:

1. I am an attorney licensed to practice law in the State of California and I represent Plaintiffs Anthony and Khanna Kilaita.

2. An order to show cause was issued by the court on January 9, 2012 with a response due date of January 23, 2012.

3. On January 21, 2012, CM/ECF was unavailable from 8:00 AM to 11:59 AM for regular scheduled maintenance. Exhibit A.

4. January 23, 2012 is Vietnamese New Year, so I was busy with family events from January 21-23, 2012.

5. On January 23, 2012, I tried to sign into ECF to file the response to the order to show cause but was unable to login. I sent in a request for my login and password information through the ECF website. I received two emails at 10:43 pm, one with my login and another with my password. These two emails confirmed that I was logging in with the sign-in information. Exhibit B.

6. After numerous attempts, and after being locked out of ECF for too many failed attempts to login, I sent an email to ecfhelpdesk@cand.usacourts.gov. Exhibit C.

7. I was unable to login in until ll:49 am on January 24, 2012 at which time I saw that the case was dismissed and I was unable to file the response.

8. At 12:12 pm I called ECF support at 866-638-7829 to try and get a copy of my login attempts from yesterday. I was unable to get a hold of anyone, but I was able to leave a message.

9. At 12:17 pm I sent another email to ecfhelpdesk@cand.usacourts.gov explaining the situation and also requesting to get my login attempts from January 23, 2012. Exhibit D.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of January, 2012 in San Jose, California

By:   __/s/ Mimi N. Trieu_____
**MIMI N. TRIEU**
Attorney for the Plaintiffs
Anthony Kilaita and Khanna Kilaita

# EXHIBIT A

Print | Close Window

**Subject:** CM/ECF will be unavailable on Saturday, January 21, 2012 from 8:00 AM to 11:59 AM
**From:** Helpdesk@canb.uscourts.gov
**Date:** Fri, Jan 20, 2012 8:47 am
**To:**

CM/ECF will be unavailable on Saturday, January 21, 2012 from 8:00 AM to 11:59 AM for regular scheduled maintenance.

Thank you for your patience.

CANB HELP DESK
U.S. Bankruptcy Court, NDC
Information Technology Division

Copyright © 2003-2012. All rights reserved.

# EXHIBIT B

Print | Close Window

**Subject:** ECF Help (1 of 2): Login Information for Mimi N Trieu Requested on 1/23/12
**From:** ecfhelpdesk@cand.uscourts.gov
**Date:** Mon, Jan 23, 2012 10:43 pm
**To:** <mimi@trieucounsel.com>

To Mimi N Trieu:

On Monday, 1/23/2012, you requested that your ECF Login and Password be emailed to you. If you did not submit this request you can ignore this message.

For security purposes, you will receive two email messages. One email contains your Login Name and one contains your Password. This email contains your Login Name.

Login Name: trieujo17

We highly encourage you to test this login and password as soon as possible. Helpful hints for logging in:

* The login and password are both case-sensitive.
* Passwords often contain symbols, punctuation, and numbers which may look like letters; read carefully.
* To avoid typing errors, try copying and pasting the login and password into their respective boxes.
* Try clearing your Temporary Internet Files or Cache to avoid errors.

If the login and password do not appear to be working, or if the attorney changed the password and now does not remember it, please notify the ECF Help Desk at:

Email: ecfhelpdesk@cand.uscourts.gov
Webpage: https://ecf.cand.uscourts.gov
Phone: (866) 638-7829 (toll-free, 9am-4pm, M-F)

Copyright © 2003-2012. All rights reserved.

Workspace Webmail :: Print

Page 1 of 1

Print | Close Window

**Subject:** ECF Help (2 of 2): Login Information for Mimi N Trieu Requested on 1/23/12
**From:** ecfhelpdesk@cand.uscourts.gov
**Date:** Mon, Jan 23, 2012 10:43 pm
**To:** <mimi@trieucounsel.com>

To Mimi N Trieu:

On Monday, 1/23/2012, you requested that your ECF Login and Password be emailed to you. If you did not submit this request you can ignore this message.

For security purposes, you will receive two email messages. One email contains your Login Name and one contains your Password. This email contains your Password.

Password: nyry^^gi

We highly encourage you to test this login and password as soon as possible. Helpful hints for logging in:

* The login and password are both case-sensitive.
* Passwords often contain symbols, punctuation, and numbers which may look like letters; read carefully.
* To avoid typing errors, try copying and pasting the login and password into their respective boxes.
* Try clearing your Temporary Internet Files or Cache to avoid errors.

If the login and password do not appear to be working, or if the attorney changed the password and now does not remember it, please notify the ECF Help Desk at:

Email: ecfhelpdesk@cand.uscourts.gov
Webpage: https://ecf.cand.uscourts.gov
Phone: (866) 638-7829 (toll-free, 9am-4pm, M-F)

Copyright © 2003-2012. All rights reserved.

http://email06.secureserver.net/view_print_multi.php?uidArray=3067|INBOX&aEmlPart=0    1/24/2012

# EXHIBIT C

Print | Close Window

**Subject:** Login trouble
**From:** mimi@trieucounsel.com
**Date:** Mon, Jan 23, 2012 11:16 pm
**To:** ecfhelpdesk@cand.uscourts.gov

To whom it may concern,

I am unable to login into ECF to file a document. I tried logging in with my password and I received an error message stating that my login and/or password information was incorrect. I was able to retrieve my login and password from the ECF site, which confirmed that I was logging in with the correct login and password. I tried logging in again, this time copying and pasting the information from the emails I received from ECF. Despite my efforts, I am still unable to login and file my documents. Please contact me as soon as possible as I need to file a time sensitive document. Thank you for your time.

Sincerely,

Mimi N. Trieu
Attorney at Law

6010 Hellyer Avenue, Suite 150
San Jose, CA 95138
Phone: 408-363-3690
Fax: 888-419-2384

Copyright © 2003-2012. All rights reserved.

# EXHIBIT D

Print | Close Window

Subject: Case No: CV 11-00079 EJD
From: mimi@trieucounsel.com
Date: Tue, Jan 24, 2012 12:17 pm
To: ECFhelpdesk@cand.uscourts.gov

To whom it may concern,

I was unable to login yesterday to file a document. I sent in a request for my login and password information, and i received two emails with the sign-in and login information that I had been trying to use. I was thereafter locked out of the system. I was finally able to get in today, but now the case has been closed because the documents were not filed yesterday. I would like to see if I can get a copy of my login attempts from yesterday, 1/23/12, and see if there is any other way that you can help me. Thank you for your time.

Sincerely,

Mimi N. Trieu
Attorney at Law

6010 Hellyer Avenue, Suite 150
San Jose, CA 95138
Phone: 408-363-3690
Fax: 888-419-2384

Copyright © 2003-2012. All rights reserved.